## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Bryant L Heard and Cindy Heard-Wilson | CHAPTER 13
       Debtor(s)

BKY. NO. 13-17296 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S Bank National Association (Successor Trustee for the Pennsylvania Housing Finance Agency, pursuant to said Trust Indenture), as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1388

                                          Respectfully submitted,

                                          **/s/Thomas Puleo, Esquire**
                                          Thomas Puleo, Esquire
                                          Brian C. Nicholas, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 825-6306  FAX (215) 825-6406