UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRYANT L HEARD  
CINDY HEARD-WILSON

Chapter 13

Debtor

Bankruptcy No. 13-17296-MDC

### Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

**AND NOW**, this ___26th___ day of ___January___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____  
Magdeline D. Coleman  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
GEORGETTE MILLER  
335 EVESHAM AV

LAWNSIDE, NJ 08045-

Debtor:  
BRYANT L HEARD  
CINDY HEARD-WILSON  
1178 WAGNER AVE

PHILADELPHIA, PA 19141