```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                              Case No. 13-17296-mdc
Bryant L Heard                                                      Chapter 13
Cindy Heard-Wilson
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Antoinett            Page 1 of 3               Date Rcvd: Jan 26, 2017
                             Form ID: pdf900            Total Noticed: 54
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2017.
```
db/jdb         +Bryant L Heard,   Cindy Heard-Wilson,    1178 Wagner Avenue,    Philadelphia, PA 19141-2930
cr             +PERITUS PORTFOLIO SERVICES II, LLC assignee for NC,    P.O. BOX 141419,   IRVING, TX 75014-1419
cr             +Santander Consumer USA, Inc.,    P.O. Box 562088, Suite 900 North,    Dallas, TX 75356-2088
13130495       +Aes/Keystone,   1200 N 7th St,    Harrisburg, PA 17102-1419
13130496       +Aes/Keystone Best,    1200 N 7th St,   Harrisburg, PA 17102-1419
13130497       +Aes/Pheaa,   Po Box 2461,    Harrisburg, PA 17105-2461
13233500       +American Education Services,    PO BOX 8183,   HARRISBURG, PA 17105-8183
13130502       +Central Finl Control,    Po Box 66044,   Anaheim, CA 92816-6044
13130504       +Dsnb Macys,   Po Box 8218,    Mason, OH 45040-8218
13435178        ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13130505       +Grimley Financial,    18 W Kings Hwy,   Haddonfield, NJ 08033-2116
13130506       +Lease & Rental Mgmt Co,    45 Haverhill St,   Andover, MA 01810-1499
13130508       +National Recovery Agen,    2491 Paxton St,   Harrisburg, PA 17111-1036
13130510       +Nu 2 U Auto,   105 White Horse Pi,    Clementon, NJ 08021-4154
13168691        PNC Bank,   Claims Filing Unit,    PO Box 8973,   Madison, WI 53708-8973
13130513       #+Payliance,   3 Easton Oval Ste 210,    Columbus, OH 43219-6011
13594922        Peritus Portfolio Services II, LLC,    P.O. Box 141419,    Irving, TX 75014-1419
13165654       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13130514       +Pnc Bank/Glelsi,    Po Box 7860,   Madison, WI 53707-7860
13139395        Santander Consumer USA,    P.O. Box 560284,   Dallas, TX 75356-0284
13130516       +Santander Consumer Usa,    Po Box 961245,   Ft Worth, TX 76161-0244
13130517       +Triste Lndng,   8445 Frankford Ave Unit 3,    Philadelphia, PA 19136-2400
13178411        US Department of Education,    Claims Filing Unit,    PO Box 8973,   Madison, WI 53708-8973
13130518       +Unv Fidlty,   1445 Langham Creek,    Houston, TX 77084-5012
13130519       +Us Dept Of Ed/Glelsi,    Po Box 7860,   Madison, WI 53707-7860
13130520       +Us Dept Of Education,    Po Box 5609,   Greenville, TX 75403-5609
13130521       +Xerox Soluti,   Acs        Sue Elen 1617 Jfk Blvd  Sui,    Philadelphia, PA 19103-1821
13130522       +Xls/Efr,   1500 W 3rd St Ste 125,    Cleveland, OH 44113-1422
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jan 27 2017 01:22:27     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 27 2017 01:22:06
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 27 2017 01:22:22     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bankruptcy@consumerportfolio.com Jan 27 2017 01:22:16
                 CONSUMER PORTFOLIO SERVICES,    PO BOX 57071,    IRVINE, CA 92619-7071
cr             +E-mail/Text: peritus@ebn.phinsolutions.com Jan 27 2017 01:22:32
                 PERITUS PORTFOLIO SERVICES II, LLC assignee for NC,    P.O. BOX 141419,   IRVING, TX 75014-1419
13187661       +E-mail/Text: EBNProcessing@afni.com Jan 27 2017 01:22:15     Afni, Inc,    PO Box 3667,
                 Bloomington, IL 61702-3667
13130498       +E-mail/Text: EBNProcessing@afni.com Jan 27 2017 01:22:15     Afni, Inc.,    Po Box 3427,
                 Bloomington, IL 61702-3427
13130499       +E-mail/Text: bankruptcy@acacceptance.com Jan 27 2017 01:22:11     American Credit Accept,
                 961 E Main St,    Spartanburg, SC 29302-2185
13136605       +E-mail/Text: bankruptcy@acacceptance.com Jan 27 2017 01:22:11     American Credit Acceptance,
                 961 E. Main St,    Spartanburg, SC 29302-2185
13130500       +E-mail/Text: broman@amhfcu.org Jan 27 2017 01:22:14     American Heritage Fcu,
                 2060 Red Lion Rd,    Philadelphia, PA 19115-1099
13136208        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 27 2017 01:55:52
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13173013        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 27 2017 01:55:37
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13165152       +E-mail/Text: bnc@atlasacq.com Jan 27 2017 01:21:51     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
13220903        E-mail/Text: bankruptcy@phila.gov Jan 27 2017 01:22:27     City of Philadelphia,
                 Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13130501       +E-mail/Text: clientrep@capitalcollects.com Jan 27 2017 01:22:34     Capital Collection Svc,
                 Po Box 150,    West Berlin, NJ 08091-0150
13130503       +E-mail/Text: bankruptcy@consumerportfolio.com Jan 27 2017 01:22:16     Consumer Portfolio Svc,
                 Po Box 57071,    Irvine, CA 92619-7071
13156288        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 27 2017 01:22:17     Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13241686        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 27 2017 01:55:33
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0313-2          User: Antoinett            Page 2 of 3                   Date Rcvd: Jan 26, 2017
                              Form ID: pdf900            Total Noticed: 54

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13241685       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 27 2017 01:55:15
               LVNV Funding, LLC its successors and assigns as,   assignee of MCI Communications,
               Services, Inc,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13130507      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 27 2017 01:22:11      Midland Funding,
               8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
13130509      +E-mail/Text: bankruptcydepartment@tsico.com Jan 27 2017 01:22:31       Nco Fin/99,   Po Box 15636,
               Wilmington, DE 19850-5636
13130511      +E-mail/Text: bankruptcy@oliphantfinancial.com Jan 27 2017 01:22:12       Oliphant Financial,
               9009 Town Center Pkwy,   Lakewood Ranch, FL 34202-4185
13179465      +E-mail/Text: bankruptcygroup@peco-energy.com Jan 27 2017 01:21:54       PECO Energy Company,
               Attn: Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13130512      +E-mail/Text: blegal@phfa.org Jan 27 2017 01:22:13     Pa Housing Finance Age,    211 N Front St,
               Harrisburg, PA 17101-1406
13169154       E-mail/Text: ebn@vativrecovery.com Jan 27 2017 01:21:54       Palisades Acquisition IX  LLC,
               Vativ Recovery Solutions LLC, dba SMC,   As Agent For Palisades Acquisition IX LL,
               PO Box 40728,   Houston, TX  77240-0728
13594922       E-mail/Text: peritus@ebn.phinsolutions.com Jan 27 2017 01:22:32
               Peritus Portfolio Services II, LLC,   P.O. Box 141419,   Irving, TX 75014-1419
13661998       E-mail/Text: bnc-quantum@quantum3group.com Jan 27 2017 01:21:58
               Quantum3 Group LLC as agent for,   Wollemi Acquisitions LLC,   PO Box 788,
               Kirkland, WA 98083-0788
13130515      +E-mail/Text: bankruptcy@rentacenter.com Jan 27 2017 01:22:33      Rac Acceptance,
               5501 Headquarters Dr,   Plano, TX 75024-5837
                                                                                              TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            ECMC,   PO Box 16408,   St. Paul, MN  55116-0408
cr*            Quantum3 Group LLC as agent for,   Wollemi Acquisitions LLC,   PO Box 788,
               Kirkland, WA  98083-0788
13156289*     ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
              (address filed with court: Jefferson Capital Systems LLC,   PO BOX 7999,
               SAINT CLOUD MN 56302-9617)
13173777*     ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
              (address filed with court: Jefferson Capital Systems LLC,   PO BOX 7999,
               SAINT CLOUD MN 56302-9617)
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2017 at the address(es) listed below:
         ANDREW F GORNALL   on behalf of Creditor   U.S Bank National Association, Et Al...
          agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
         GEORGETTE  MILLER   on behalf of Joint Debtor Cindy  Heard-Wilson info@georgettemillerlaw.com,
          georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
          rlaw.com
         GEORGETTE  MILLER   on behalf of Debtor Bryant L Heard info@georgettemillerlaw.com,
          georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
          rlaw.com
         JORGE  PINEDA   on behalf of Creditor   CONSUMER PORTFOLIO SERVICES
          bankruptcy@consumerportfolio.com
```

```
District/off: 0313-2          User: Antoinett              Page 3 of 3                  Date Rcvd: Jan 26, 2017
                              Form ID: pdf900              Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com
         THOMAS I. PULEO    on behalf of Creditor    U.S Bank National Association, Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com
         WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc. mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com

                                                                                                                                                                                                         TOTAL: 10

Case 13-17296-mdc    Doc 96    Filed 01/28/17    Entered 01/29/17 01:06:19    Desc Imaged
Certificate of Notice    Page 3 of 4

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRYANT L HEARD  
CINDY HEARD-WILSON

Chapter 13

Debtor

Bankruptcy No. 13-17296-MDC

### Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

**AND NOW**, this ___26th___ day of ___January___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_Magdeline D. Coleman_
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
GEORGETTE MILLER  
335 EVESHAM AV

LAWNSIDE, NJ 08045-

Debtor:  
BRYANT L HEARD  
CINDY HEARD-WILSON  
1178 WAGNER AVE

PHILADELPHIA, PA 19141